■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GRAHAM, Appellant.—Appeal from a judgment of the County Court of Ulster County (Vogt, J.), rendered October 30, 1985, convicting defendant upon his plea of guilty of the crime of criminal possession of a weapon in the third degree.

Judgment affirmed (see, People v Crawley, 130 AD2d 879). Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.